# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JONATHAN E. SCHILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>CARLOS DEL TORO, SECRETARY OF THE NAVY,<br><br>        Defendant. | Civil Action No. 22-1872 (APM) |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Comes now the Plaintiff, Jonathan E. Schillo, and gives the Court notice of his intention to voluntarily dismiss this case without prejudice.

Dated October 30, 2024.           Respectfully submitted,

<u>/s/*David P. Sheldon*</u>
David P. Sheldon (DC Bar # 446039)
Law Offices of David P. Sheldon, P.L.L.C.
100 M Street, S.E., Suite 600
Washington, DC  20003
Tel: 202.546.9575
Fax: 202.546.0135
*Attorney for Plaintiff*

# <u>CERTIFICATE OF SERVICE</u>

I, undersigned, hereby certify that a true and correct copy of the foregoing was filed electronically with the Court's ECF electronic filing system and delivered electronically to counsel of record for the Defendant, listed below, on October 30, 2024:

Stephen M. DeGenaro
Stephen.DeGenaro@usdoj.gov

<u>/s/*David P. Sheldon*</u>
David P. Sheldon
